# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Select Comfort Corporation,<br><br>   Plaintiff,<br><br> vs.<br><br>Tempur Sealy International, Inc., d/b/a/<br>Tempur-Pedic<br><br>And<br><br>Mattress Firm, Inc.,<br>d/b/a Mattress Firm,<br><br>   Defendants. | Court File No. 13-cv-02451-DWF-SER<br><br><br>**PLAINTIFF'S DAUBERT MOTION TO EXCLUDE REPORT AND OPINIONS OF EXPERT WITNESS DAVID STEWART** |

  Plaintiff Select Comfort Corporation ("Plaintiff") respectfully moves the Court pursuant to Rule 702 of the Federal Rules of Evidence for an Order granting its Daubert Motion to Exclude Report and Opinions of Expert Witness David Stewart. As set forth in further detail in Plaintiff's memorandum of law in support of this Motion, portions of Dr. Stewart's report and opinions are inadmissible and should be excluded from the trial in this matter.

  This Motion will be based upon all the files, records, and proceedings herein, including memoranda of law to be filed in support of the Motion, supporting affidavits and exhibits, arguments of counsel, and the pleadings and proceedings in this matter.

Dated: January 29, 2016    **FOX ROTHSCHILD LLP**

                                         By:    s/Dennis E. Hansen
                                                    Andrew S. Hansen   (#285894)
                                                    Samuel R. Hellfeld   (#390954)
                                                    Dennis E. Hansen    (#386734)
                                                    Aaron Mills Scott    (#33943X)
                                                    Elizabeth A. Patton  (#391431)

Campbell Mithun Tower – Suite 2000
222 South Ninth Street
Minneapolis, Minnesota  55402
Telephone:   (612) 607-7000
Facsimile:     (612) 607-7100
E-Mail:         ahansen@foxrothschild.com
                     shellfeld@foxrothschild.com
                     dhansen@foxrothschild.com
                     ascott@foxrothschild.com
                     epatton@foxrothschild.com

**ATTORNEYS FOR PLAINTIFF**
**SELECT COMFORT CORPORATION**